WILLIAM DOOLEY, Appellant, *v.* UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent.

*Dooley* v. *Union Ry. Co. of New York City*, 106 App. Div. 397, appeal dismissed.

(Argued October 31, 1907; decided November 1, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 22, 1905, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial in an action to recover for personal injuries alleged to have been caused by defendant's negligence.

*James A. Douglas* and *Arnold Gross* for appellant.

*Bayard H. Ames, Walter H. Wood* and *Henry A. Robinson* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: WERNER, J.